DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Sue Long,<br><br>       Plaintiff,<br><br>    vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>       Defendant. | Case No. 2:21-cv-00752-AC<br><br>STIPULATION AND |~~PROPOSED~~| ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from January 13, 2022 to March 14, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Good cause exists for this request.  Counsel for the Plaintiff is currently in Houston, Texas due to a

family emergency involving Counsel's father who is gravely ill with Leukemia. (See Declaration by Dolly M. Trompeter). Counsel for the Plaintiff is a principal caregiver. Additionally, Counsel has limited access to her computer and will require additional time to brief this matter upon her return to California.

    Defendant has no objection, and is in accord with the request for an extension. Counsel apologizes to the Court for any inconvenience this may cause.

Respectfully submitted,

Dated: January 4, 2022    PENA & BROMBERG, ATTORNEYS AT LAW

By: /s/ Dolly M. Trompeter
DOLLY M. TROMPETER
Attorneys for Plaintiff

Dated: January 4, 2022    PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Kendall Rees
Kendall Rees
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on January 4, 2022)

**|PROPOSED| ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 5, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE